# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*

556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 www.brewingtonlaw.com

**Frederick K. Brewington**
**Ira Fogelgaren**
**Gregory Calliste, Jr.**
**Mickheila N. Jasmin**

August 5, 2014

<u>*VIA ELECTRONIC CASE FILING*</u>
Dana Ellwood
Case Manager
United States Court of Appeal
for the Second Circuit
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *MHANY Management, Inc v. County of Nassau*
               Docket No: 14-1634(L) and 14-1729(XAP)

Dear Ms. Ellwood:

     As your records will reflect, we are the attorneys representing Plaintiff-Appellee-Cross-Appellant, New York Communities for Change, in the above referenced matter. Pursuant to Local Rule 31.2(a)(1)(A), we respectfully wish to inform the Court that Appellant's Brief and Joint Appendix will be filed on or before October 28, 2014.

     We thank the Court for its kind consideration.

                                             Respectfully submitted,

                                             /S/
                                          FREDERICK K. BREWINGTON

cc:     all counsel, via ecf
FKB:pl