# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of October, two thousand and fourteen.

_____

MHANY Management, Inc., AKA New York Acorn Housing Company,

  Plaintiff-Appellee-Cross-Appellant,

New York Communities for Change, Inc.,

  Intervenor-Plaintiff-Appellee-Cross-Appellant,

     v.

County of Nassau, County of Nassau Planning Commission, County of Nassau Office of Real Estate & Development,

  Defendants-Cross-Appellees,

Incorporated Village of Garden City, Garden City Board of Trustees,

  Defendants-Appellants.

**ORDER**
Docket Nos. 14-1634(L)
              14-1729(XAP)

_____

    Pro Bono Publico Bar Association, Inc. moves for leave to file an *amicus curiae* brief in support of the Appellants.

    IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

                                         For the Court:
                                         Catherine O'Hagan Wolfe,
                                         Clerk of Court

