# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Mhany Management Inc. v. County of Nassau**　　Docket No.: **14-1634**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Thomas F. Liotti, Esq.**

Firm: **Pro Bono Publico Bar Association, Inc.**

Address: **600 Old Country Rd., Suite 530, Garden City, NY 11530**

Telephone: **(516) 794-4700**　　Fax: **(516) 794-2816**

E-mail: **tom@tliotti.com and eluxmore@yahoo.com**

Appearance for: **Pro Bono Publico Bar Association, Inc.**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: **Defendants-appellants** )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: _/s/ Thomas F. Liotti_

Type or Print Name: **Thomas F. Liotti (TL 4471)**